UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| COMERICA BANK, | ) | |
|     *Plaintiff*, | ) | Case No.   21-12398 |
| v. | ) | |
| | ) | |
| FEDERAL RESERVE BANK | ) | |
| OF ATLANTA, | ) | |
|     *Defendant*. | ) | |
| | ) | |
| | ) | |

## COMPLAINT

Plaintiff Comerica Bank alleges:

### JURISDICTION – PARTIES – VENUE

1. This action is for money damages and arises under the laws of the United States and presents a federal question. 28 U.S.C. §1331; 12 U.S.C. §632; 12 C.F.R. §210.6(b).

2. Comerica Bank claims that the defendant, Federal Reserve Bank of Atlanta, breached one or more federal check warranties when it presented an altered check to Comerica Bank and received payment thereon.

3. Plaintiff Comerica Bank is a Texas banking association organized under Texas law with its principal place of business in Dallas, Texas.

4. Defendant Federal Reserve Bank of Atlanta is a federal corporation organized

under the laws of the United States (the "Reserve Bank").

5. Venue is proper in this judicial district because a substantial part of the events or omissions giving rise to the federal check warranty claim occurred here. *See* 28 U.S.C. §1391 and other venue statues.

## GENERAL ALLEGATIONS

6. This action involves the Reserve Bank's breach of warranty and other statutory or regulatory duties owed to Comerica Bank in connection with a check transaction presented to and processed at Comerica Bank's Livonia, Michigan Operations Center.

7. Comerica Bank conducts various banking operations in Michigan including, without limitation, at that Operations Center where the bank processes checks drawn on its accounts.

8. Tabb Packaging Solutions LLC was a Comerica Bank customer at the relevant time and maintained checking account xxxxx-4120 ("Account-4120").

9. From its headquarters in Plymouth, Michigan, Tabb Packaging Solutions LLC issued its check number 125230 drawn on Account-4120 as follows:

        Payee:         Canada Fibers LTD
        Amount:       $40,656.27
        Drawee bank:  Comerica Bank
        Date:          August 13, 2021

(hereafter "Original Check")

10. On information and belief the Original Check was issued with an authorized signature of Tabb Packaging Solutions LLC.

11. Comerica Bank's Operations Center in Livonia, Michigan, processed the subject check transaction as presented by the Reserve Bank.

12. Check #125230 for $40,656.27 then posted to Tabb Packaging Solutions LLC's Account-4120 on September 14, 2021.

13. Comerica Bank received notice from Tabb Packaging Solutions LLC that, after issuance, the Original Check had been fraudulently altered in that the payee was changed from "Canada Fibers LTD" to an entity unknown to the customer as follows: "Richard Hassey CPA, LLC" (an altered address for the new payee was also included) (hereafter "Altered Check" or "item") (**Exhibit-1**, Statement of Fraud by Tabb Packaging Solutions LLC; **Exhibit-2**, Altered Check image).

14. Santander Bank was the bank of first deposit that accepted the Altered Check for deposit and collection (identified by ABA Routing Number 211475039).

15. The item was not endorsed as drawn.

16. On information and belief, Santander Bank "truncated" (destroyed) the Altered Check, created an electronic counterpart of it, and then transferred the Altered Check for collection through the federal banking system.

17. Santander Bank indorsed the Altered Check by operation of law when it

accepted it for deposit and collection and caused it to be transferred and presented for payment through the federal banking system.

18. On information and belief Santander Bank credited the amount of the Altered Check ($40,656.27) to the account of the fraudulently altered payee.

19. In addition to being fraudulently altered, on information and belief the item contained a defective Magnetic Ink Character Recognition (or "MICR") line that carried forward with the subsequent transfer(s) and with the presentment for payment of the item to Comerica Bank.

20. The Reserve Bank processed the Altered Check with the defective MICR line and in breach of its warranties and duties to Comerica Bank.

21. When it presented the item for collection, the Reserve Bank warranted under 12 C.F.R. 210(6) to Comerica Bank as follows:

> (b) Warranties and liability.  The following provisions apply when a Reserve Bank presents or sends an item.
>
>> (1) Warranties for all items.  The Reserve Bank warrants to a subsequent collecting bank and to the paying bank and any other payor that –
>>
>>> (i) The Reserve Bank is a person entitled to enforce the item (or is authorized to obtain payment of the item on behalf of a person that is either entitled to enforce the item or authorized to obtain payment on behalf of a person entitled to enforce the item);
>>>
>>> (ii) The item has not been altered;
>>>
>>> (iii) The item bears all indorsements applied by parties that previously handled the item for forward collection or return.

> (2) Warranties and indemnities as set forth in Reserve Bank operating circulars. The Reserve Bank makes any warranties and indemnities regarding the sending of items as set forth in an operating circular issued in accordance with § 210.3(a).
>
> (3) Warranties and indemnities as set forth in Regulation CC and U.C.C. As applicable and unless otherwise provided, the Reserve Bank makes all the warranties and indemnities set forth in and subject to the terms of subparts C and D of part 229 of this chapter (Regulation CC) and Article 4 of the U.C.C. The Reserve Bank makes all the warranties set forth in and subject to the terms of 4-207 of the U.C.C. for an electronic check as if it were an item subject to the U.C.C.

22. In breach of its warranties to Comerica Bank, the Reserve Bank wrongfully presented the Altered Check to Comerica Bank for payment.

23. The Reserve Bank breached its warranties and duties under 12 C.F.R. 210(6)(b)(1)-(3) to Comerica Bank including, without limitation, the no-alteration warranty and the warranty that the Reserve Bank was entitled to enforce the item.

24. The Reserve Bank breached its warranties to Comerica Bank that are in the applicable version of the Uniform Commercial Code section 4-207.

25. Tabb Packing Solutions LLC has made a not "properly payable" claim under U.C.C. 4-401(a) to Comerica Bank for having charged the Altered Check against Account-4120.

26. The Reserve Bank damaged Comerica Bank.

27. Comerica Bank is entitled to damages from the Reserve Bank.

## COUNT-I

28. Comerica Bank incorporates all other allegations into this count.

29. On information and belief, the Original Check was issued with an authorized signature of drawer Tabb Packaging Solutions LLC.

30. After issuance, the Original Check had been fraudulently altered in that the original payee was changed from "Canada Fibers LTD" to "Richard Hassey CPA, LLC".

31. The Reserve Bank presented the Altered Check to Comerica Bank for collection.

32. Comerica Bank paid the Reserve Bank in good faith and charged the amount of the Altered Check ($40,656.27) against Account-4120.

33. The Reserve Bank breached its duties and warranties to Comerica Bank, including, without limitation, those warranties and duties in 12 C.F.R. 210(6)(b)(1)-(3) and in the applicable version of U.C.C. 4-207.

34. The Reserve Bank damaged Comerica Bank.

35. The Reserve Bank is liable for all losses and damages - together with expenses, attorney fees, costs, and interest - suffered by Comerica Bank as a result of the Reserve Bank's actions as alleged herein.

36. Comerica Bank is entitled to damages and indemnity from the Reserve Bank.

## RELIEF REQUESTED

Plaintiff Comerica Bank requests the following relief against defendant Federal Reserve Bank of Atlanta:

A. A money judgment in excess of $40,656.27, plus attorney fees, costs, expenses, interest, and whatever additional amounts that may be allowed by law; and,

B. Any other monetary or other relief, including indemnity, that may be appropriate under the circumstances.

Dated: October 12, 2021                    /s/ David Wells

David Wells
*For* Plaintiff, Comerica Bank
Stancato Tragge Wells, PLLC
Two Towne Square, Suite 825
Southfield, MI 48075
(248) 731-4500
dwells@stwlawfirm.com
P47588



## Statement of Fraud

| Section I -- Claimant Information | | FID Event Number | | 0177 | |
|---|---|---|---|---|---|
| **Name** TABB PACKAGING SOLUTIONS LLC | | Home Phone | | Work Phone 734▮ | |
| **Address** 41605 Ann Arbor Rd, Suite 2 | | City Plymouth | | State/Zip MI 48170 | |
| Primary I.D | | Secondary I.D. | | | |

| Section II -- Check Information ||||||
|---|---|---|---|---|---|
| Bank Check Was Drawn On | Issued By (Maker of Check) | Check Number | Check Date | Post Date | Amount of Item |
| COMERICA BANK | TABB PACKAGING SOLUTIONS LLC | 125230 | 08/13/2021 | 09/14/2021 | $40,656.27 |

**Payable to the Order of** -- Name all Payees as they appear on check (e.g., *Marion Passer AND ABC Contractors, Inc.; Thomas Wellington, Jane Wellington OR Lisa Thomas*)

**RICHARD HASSEY CPA, LLC**

### Section III -- Claim
**Initial the appropriate box(es) to describe the claim(s) of forgery, alteration, or missing signature/endorsement**

To: Comerica and/or _____, the Depository Bank, if other than Comerica. By signing below, I declare that the iinformation contained in this statement, including the information in the boxes I have initialed below are true.

| Initials | Claim |
|---|---|
| ◯ | **Maker's Signature Forged and/or Counterfeit Check** -- The maker's signature of _____ on the check is a forgery and/or the check is a counterfeit *(e.g., not the customer's legitimate check stock or produced without issuer's approval).* I did not sign the check and I did not authorize the signature. |
| ◯ | **Unauthorized Maker's Signature** -- The maker's signature of _____ on the check is not authorized. The person who issued and signed the instrument is not authorized to use the account. |
| ◯ | **Endorsement Forged** -- The endorsement of _____, a named payee on the check is a forgery. I did not authorize or write the endorsement. |
| ◯ | **Missing Endorsement- Payee's Statement** -- My endorsement on the check is missing and I did not authorize the negotiation of the check and did not benefit from the negotiation of the check. I declare I was entitled to receive $_____ as the payee of the check. |
| ◯ | **Missing and/or Improper Endorsement and/or Not Endorsed as Drawn -- Maker's Statement** -- The endorsement of payee(s) _____, was /were missing or was/were improper on the check and said payee(s) was/were entitled to receive $_____ *(describe amount/percentage for each payee who claims to have not received payment and did not authorize negotiation. If maker does not know amount the payee(s) was/were entitled to receive indicate "unknown").* |
| ◯ | **Check Amount Altered** -- The amount of the check as written was altered from the amount of $_____ to $_____. I did not alter the amount of the check nor did I authorize any alteration. |
| ⬤ | **Payee Named Was Altered** -- The name of the payee(s) as written was altered on the check from CANADA FIBERS LTD to make it payable to RICHARD HASSEY CPA LLC. I did not alter the payee's name nor did I authorize any alteration. |
| ◯ | **Other --** |

efmforms/statement of fraud/04/15/2020

**I declare that:**

I did not receive any benefit or value from proceeds of the above described check, and no proceeds from it were applied to any use or purpose on my behalf. I have not arranged with the person(s) who misused the check to be reimbursed or receive benefit from the proceeds of the above described check. I promise to testify or certify to the truth of all applicable information in this statement before any competent judge, officer of the court, or other person, in any case now pending or which may occur regarding this statement.

[initials*] I suspect _____ of (address if known, home/ work) _____

Of having misused the check described in this statement, as I have stated above. I believe this person did this under the following circumstances: (Please provide as much information as possible)

[initials*] 
_____
_____
_____ (

Use additional page if necessary)

I fully realize that Comerica or the bank that negotiated this check may cause the arrest of a person or persons (including the person(s) suspected above) for the fraud of identified above and I hereby acknowledge that any such arrests may be caused by Comerica or the bank where the check was negotiated or deposited, solely in reliance upon the representations of fact made herein, regardless of whether one or more persons arrested is a relative or friend of the claimant. In addition, I will indemnify and hold harmless Comerica and/or the bank where the check was negotiated or deposited from any liability arising out of; relating to or in any connection with such arrest in the event that the representations of fact made herein should prove to be untrue.

*I have provided and hereby read and confirmed the information regarding the suspects and I have placed my initials in the boxes above to indicate the information is true and accurate.

**Claimant Signature** _Brad Heestand_ (signature)   Date  October 6, 2021

Print Name: Brad Heestand     Title: Controller

If applicable, claimant is an agent of and completing this statement on behalf of (Print Name of Principal)
_____, and as such is authorized to speak on its behalf.

efmforms/statement of fraud/04/15/20





```
Posted      : 09/14/2021
Bank        : 00000002
R/T         : 7200009
Account     :         4120
Check       : 125230
Amount      : 40656.27
DIN         : 970286622
```